## ERROR OF ARCHITECT AS TO COST OF BUILDING.

Circuit Court of Cuyahoga County.

THE BROOKLYN SAVINGS & LOAN ASSOCIATION COMPANY v.
CHARLES E. TOUSLEY.*

Decided, May 27, 1907.

*Architects—Building Contracts—Architects Plans Must Conform to Contract,*

Where the contract of an architect called for plans for a building which would cost as nearly as possible $40,000, and the plans prepared were for a building that would cost $50,000, the architect is not entitled to any fees therefor.

*M. W. Cope,* for plaintiff in error.
*Smith, Taft & Arter,* contra.

HENRY, J.; MARVIN, J., concurs.

The judgment of the court of common pleas is reversed and final judgment entered for the plaintiff in error upon the conceded facts in this case. The plaintiff in error contracted in writing with the defendant in error, for the preparation of plans of a building to cost as nearly as possible $40,000. The plans as prepared were for a building that would admittedly cost $50,000. This was not in compliance with the contract, and no fees are recoverable by the architect therefor.

Reversed, and judgment for plaintiff in error.

---

*Affirmed without opinion, *Tousley* v. *Brooklyn Savings & Loan Association,* 80 Ohio State, 737.